Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody R. Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402 – 2170

Attorneys for Plaintiff,
**VICTOR DALFIO**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual, | CASE NO.: 3:21-cv-00652-GPC-RBB |
| Plaintiff, | |
| v. | *Hon. Gonzalo P. Curiel* |
| J.G. MGMT PROPERTIES IV, LLC, a California limited liability company; MZM FOODS, INC., a California corporation; and DOES 1-10, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff, Victor Dalfio, on the one hand, and Defendant, MZM Foods, Inc., on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of the Complaint in this action as to all parties and claims.

Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 20, 2022     **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   /s/Lauren Davis
      Lauren Davis, Esq.
      Attorney for Plaintiff, Victor Dalfio

Dated: December 20, 2022     **LAW OFFICES OF STEPHEN ABRAHAM**

By:   /s/Stephen E. Abraham
      Stephen E. Abraham, Esq.
      Attorney for Defendant, MZM Foods, Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Lauren Davis

/s/Lauren Davis
By: Lauren Davis
Attorney for Plaintiff, Victor Dalfio

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS