UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual,<br><br>                              Plaintiff,<br><br>    v.<br><br>J.G. MGMT PROPERTIES IV, LLC, a<br>California limited liability company;<br>MZM FOODS, INC., a California<br>corporation; and DOES 1-10,<br>                              Defendants. | Case No.: 3:21-cv-00652-GPC-RBB<br><br>**JUDGMENT AND ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[ECF No. 37]** |

Upon joint stipulation between Plaintiff Victor Dalfio and Defendant MZM FOODS, INC, and pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, ORDERS that:

Plaintiff Victor Dalfio's above-captioned action against Defendants MGMT PROPERTIES IV, LLC and MZM FOODS, INC., is hereby dismissed with prejudice. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated:  January 3, 2023

Hon. Gonzalo P. Curiel
United States District Judge

1